FILED

15 JAN 16 PM 3:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY __np__ DEPUTY

CASE UNSEALED PER ORDER OF COURT

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCHELLO DSAUN MCCAIN,<br><br>　　　　　Defendant. | Case No. __15CR0174W__<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 922(g)(1) - Felon in Possession of Firearms and Ammunition |

　　The grand jury charges:

### Count 1

　　On or about September 9, 2014, within the Southern District of California, defendant MARCHELLO DSAUN MCCAIN, being a person who had previously been convicted in a court, to wit, on or about on or about May 31, 2005, in the District Court for the Fourth Judicial District of the State of Minnesota, County of Hennepin, of two counts of Assault in the Second Degree, in violation of Minnesota Statute § 609.222, a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess firearms, in and affecting commerce, to wit, a Glock Model 17, nine millimeter caliber pistol, and a Mossberg Model 500, 12 gauge pump-action shotgun, serial

SPH:CPH:nlv::San Diego
1/14/15

1 | number T893954; in violation of Title 18, United States Code,
2 | Section 922(g)(1).

### Count 2

On or about May 29, 2014, within the Southern District of California, defendant MARCHELLO DSAUN MCCAIN, being a person who had previously been convicted in a court, to wit, on or about on or about May 31, 2005, in the District Court for the Fourth Judicial District of the State of Minnesota, County of Hennepin, of two counts of Assault in the Second Degree, in violation of Minnesota Statute § 609.222, a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess firearms, in and affecting commerce, to wit, a Glock Model 19, nine millimeter caliber pistol, serial number RXU609 and a Mossberg Model 500, 12 gauge pump-action shotgun, serial number T893954; in violation of Title 18, United States Code, Section 922(g)(1).

### Count 3

On or about February 13, 2014, within the Southern District of California, defendant MARCHELLO DSUAN [DSAUN - new] MCCAIN, being a person who had previously been convicted in a court, to wit, on or about on or about May 31, 2005, in the District Court for the Fourth Judicial District of the State of Minnesota, County of Hennepin, of two counts of Assault in the Second Degree, in violation of Minnesota Statute § 609.222, a crime punishable by imprisonment for a term exceeding one

24 | //
25 | //
26 | //
27 | //
28

2

year, did knowingly and unlawfully possess ammunition, in and affecting commerce, to wit, five rounds of Winchester 12 gauge 2.75" 7.5 shot shotgun ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: January 16, 2015.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
SHANE P. HARRIGAN
Assistant U.S. Attorney

By: _____
CAROLINE HAN
Assistant U.S. Attorney