ADAM BRAVERMAN
United States Attorney
SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorneys
California Bar No.: 115757/250301
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Tel: (619) 546-6981/6968
Emails: shane.harrigan@usdoj.gov
        caroline.han@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15CR0174-W |
|---|---|
| Plaintiff, | |
| v. | DATE: January 12, 2018<br>TIME: 10:00 a.m. |
| MARCHELLO DSAUN MCCAIN, | **UNITED STATES' MOTION FOR ORDER TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' OBJECTIONS TO PSR IN EXCESS OF 25 PAGES** |
| Defendant. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Braverman, United States Attorney, and Shane P. Harrigan and Caroline P. Han, Assistant U.S. Attorneys, who hereby move this Court for an order allowing the Government to file the United States' Response in Opposition to Defendants' Objections to the Presentence Report, which exceeds 25 pages.

This motion is made for the following reasons:

The issues raised by Defendant's Objections are both factually and legally intensive. Defendant made over 20 factual objections to the Presentence report, which cover approximately 40 paragraphs of facts. At the same time, Defendant also raised numerous

legal objections to the Probation Department's application of the terrorism enhancement under USSG § 3A1.4. The United States does not intend to inconvenience the Court or defense counsel by filing a Response and Opposition that exceeds the normal page limits. However, the United States submits that its Response and Opposition, which exceeds the 25 pages, is necessary to fully and thoroughly address these numerous factual and legal objections raised by the Defendant.

Dated: January 2, 2018                              Respectfully submitted,

                                                    ADAM BRAVERMAN
                                                    United States Attorney

                                                    */s/ Shane P. Harrigan*
                                                    SHANE P. HARRIGAN
                                                    CAROLINE P. HAN
                                                    Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARCHELLO DSAUN MCCAIN,<br><br>  Defendant. | Case No.: 15CR0174-W<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, SHANE P. HARRIGAN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' MOTION FOR ORDER TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' OBJECTIONS TO PSR IN EXCESS OF 25 PAGES** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**David Zugman, Esq.**
**Attorney for Defendant**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2018.

*s/ Shane P. Harrigan*
SHANE P. HARRIGAN