

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15CR0174-W |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MARCHELLO DSAUN MCCAIN, | |
| Defendant. | |

Upon application by the United States of America and good cause appearing thereof, The United States is authorized to file a Response in Opposition to Defendant's Objection to the Presentence Report in excess of 25 pages, that is, 42 pages.

DATED: 1/3/18

HON. THOMAS J. WHELAN
United States District Judge