ADAM BRAVERMAN
United States Attorney
SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorneys
California Bar No.: 115757/250301
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Tel: (619) 546-6981/6968
Emails: shane.harrigan@usdoj.gov
         caroline.han@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15CR0174-W |
|---|---|
| Plaintiff, | DATE: January 12, 2018 |
| v. | TIME: 10:00 a.m. |
| MARCHELLO DSAUN MCCAIN, | **UNITED STATES' MOTION FOR ORDER TO FILE SENTENCING MEMORANDUM IN EXCESS OF 25 PAGES** |
| Defendant. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Braverman, United States Attorney, and Shane P. Harrigan and Caroline P. Han, Assistant U.S. Attorneys, who hereby move this Court for an order allowing the Government to file the United States' Sentencing Memorandum, which exceeds 25 pages.

This motion is made for the following reasons:

The major issue raised in Defendant's sentencing pleadings is the application of the terrorism enhancement of USSG § 3A1.4. The application of the § 3A1.4 terrorism enhancement requires proof by clear and convincing evidence. *See United States v. Tankersley*, 537 F.2d 1100, 1106 (9th Cir. 2008). In his sentencing pleadings, Defendant objects to the application of the enhancement. Defendant argues that the application is not

supported by the facts, and further claims that this Court's reliance on certain facts on various grounds, including a claim of a violation of the Sixth Amendment.

The United States submits that evidence uncovered from an extensive investigation, which began in or about April 2014, proves by clear and convincing evidence the applicability of the terrorism enhancement.  That evidence is complex and extensive.  It includes social media records, telephone records, business records, financial records, records obtained from numerous federal search warrants, as well as interviews of numerous individuals, including the Defendant.  Furthermore, evidence of Defendant's relevant criminal conduct spans over 15 months -- from in or about November 13, 2013 through January 2015 -- and involves several individuals, including individuals residing in San Diego, Minneapolis, Canada, Syria and Turkey.  The United States does not intend to inconvenience the Court or defense counsel by filing a Sentencing Memorandum that exceeds the normal page limits.  However, the United States submits that its Sentencing Memorandum, which exceeds the 25 pages, is necessary to fully and thoroughly present the clear and convincing proof required for the application of the terrorism enhancement.

Dated:  January 4, 2018

Respectfully submitted,

ADAM BRAVERMAN
United States Attorney

*/s/ Shane P. Harrigan*
SHANE P. HARRIGAN
CAROLINE P. HAN
Assistant U.S. Attorneys

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCHELLO DSAUN MCCAIN,<br><br>　　　　Defendant. | Case No.: 15CR0174-W<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, SHANE P. HARRIGAN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of **UNITED STATES' SENTENCING MEMORANDUM** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

　　　　**David Zugman, Esq.**
　　　　**Attorney for Defendant**

　　I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2018.

　　　　　　　　　　　　　　　　　　*s/ Shane P. Harrigan*
　　　　　　　　　　　　　　　　　　SHANE P. HARRIGAN