MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS MARCHELLO DSAUN MCCAIN (1)

Case Number: 15CR0174-W     EXHIBIT LIST     Sentencing Hearing

☒ Plaintiff   ☐ Defendant   ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 3 | 01/12/18 | 01/12/18 | PHOTO: HAMSE KARIYE (DMV PHOTO) |
| 4 | 01/12/18 | 01/12/18 | PHOTO: HAMSE KARIYE |
| 5 | 01/12/18 | 01/12/18 | PHOTO:HERSI KARIYE |
| 6 | 01/12/18 | 01/12/18 | PHOTO:HERSI KARIYE |
| 1 | 01/12/18 | 01/12/18 | PHOTO:DOUGLAS MCCAIN |
| 7 | 01/12/18 | 01/12/18 | PHOTO:TROY KASTIGAR |
| 12 | 01/12/18 | 01/12/18 | PHOTO:ABDULLAHI ABDULLAHI |
| 11 | 01/12/18 | 01/12/18 | 3/7/14 Western Union receipt of transaction from Ahmed Mohamud to CHS |
| 2 | 01/12/18 | 01/12/18 | RECOVERED DRAFT EMAIL MESSAGES: 'GONEPAST21' EMAIL ACCOUNT |
| 13 | 01/12/18 | 01/12/18 | PHOTO:HANAD MOHALLIM |
| 9 | 01/12/18 | 01/12/18 | PHOTO:HERSI KARIYE |
| 10 | 01/12/18 | 01/12/18 | TEXT MESSAGES BETWEEN DFT AND CHS |